### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOSEPH SOTO

      PLAINTIFF,

v.                                                CASE NO. 04-70966

NORMAN MINETA, Secretary, Department of       HONORABLE ARTHUR J. TARNOW
Transportation,                               UNITED STATES DISTRICT JUDGE

      DEFENDANT.                           MAGISTRATE DONALD A. SCHEER

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION [D/E 29], GRANTING DEFENDANT'S MOTION FOR A PARTIAL DISMISSAL OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT [D/E 23]

      Before the Court is the Magistrate Judge's Report and Recommendation, filed September 26, 2005.  The Magistrate Judge recommends that this Court grant "Defendant's Motion For A Partial Dismissal Or, In The Alternative, Motion For Partial Summary Judgment."  Granting this motion would cause Counts 7, 13 and so much of Count 6 as is based upon paragraphs 149 through 154, inclusive, of the Complaint to be dismissed for lack of jurisdiction.  It would further cause Count 14 of the First Amended Complaint to be dismissed for failure to exhaust administrative remedies.

      Having reviewed the file, the motions, the Magistrate's Report and Recommendation, and Plaintiff's objections, the Court **ADOPTS** the Magistrate's Report as its findings and conclusions.  Accordingly, "Defendant's Motion For A Partial Dismissal Or, In The Alternative, Motion For Partial Summary Judgment" is **GRANTED**.

04-70966

Soto v. Mineta

**IT IS SO ORDERED.**

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  January 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 19, 2006, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager