**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH SOTO,

       Plaintiff,

v.                               Case No.  04-70966

NORMAN MINETA,             Honorable Arthur J. Tarnow

       Defendant.             Hon. Donald A. Scheer

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [44];**
**AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [37]**

Before the court is Magistrate Judge Scheer's report and recommendation that

defendant's motion for summary judgment be granted.  Having reviewed the objections, the

court ADOPTS the report and recommendation.

Defendant's motion for summary judgment is GRANTED.


SO ORDERED.



                          S/ARTHUR J. TARNOW
                          Arthur J. Tarnow
                          United States District Judge

Dated:  September 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on
September 30, 2008, by electronic and/or ordinary mail.

                          S/THERESA E. TAYLOR
                          Case Manager